JS-6/ENTER

**FILED**
JUN 23 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICK MANLEY LAWRENCE,<br>　　　Petitioner,<br>　　　v.<br>R. HILL, Warden,<br>　　　Respondent. | Case No. SACV 10-00445-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: June 23, 2010

_/s/ Valerie Baker Fairbank_
Valerie Baker Fairbank
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY